UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DUKE ANTHONY WALKER,  )
                Petitioner,  ) Case No. CV 14-6092-CBM(AJW)
                                     )
v.  )
                                     )
J. SOTO, WARDEN,  ) JUDGMENT
                                     )
                Respondent.  )
_____)

    **It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: 8/7/14

Consuelo B. Marshall
United States District Judge